

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-20-00209-CR, 04-20-00210-CR, 04-20-00211-CR

Alfred Alan **GOODEMOTE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd District Court, Menard County, Texas
Trial Court Nos. 2019-02512, 2019-02513, 2020-02515
Honorable Robert Hoffman, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED June 30, 2021.

_____
Irene Rios, Justice